# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1056. MICHAEL ROBERT WOMBLE v. THE STATE.

After entering a guilty plea to multiple charges in July 2000, Michael Robert Womble filed in March 2017 a motion for out-of-time appeal. The trial court denied the motion, and Womble appeals that order in this appeal.[1]

In a recent case, the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, ___ Ga. ___, ___ (5) (Case No. S21A1270, decided Mar. 15, 2022). This holding is to be applied to "all cases that are currently on direct review or otherwise not yet final." Id.  Womble, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, ___ Ga. ___, ___ (Case No. S21A1036, decided Mar. 15, 2022). Rather than denying Womble's motion, the trial court should have dismissed it.[2] See id.

---

[1] Womble previously filed an appeal from the denial of his motion for out-of-time appeal, but the case was remanded for completion of the record. See *Womble v. State*, Case No. A19A0365 (remanded May 30, 2019).

[2] We note on April 5, 2022, this Court entered an order finding that Womble had failed to file his brief within 20 days of docketing as required by Court of Appeals Rule 23 (a), and he was ordered to file his enumeration of errors and brief no later than April 18, 2022. To date, Womble has not filed a brief.

Accordingly, the trial court's order denying the motion for out-of-time appeal is hereby VACATED, and this appeal is hereby REMANDED to the trial court, which is DIRECTED to enter an order dismissing the motion for out-of-time appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   04/29/2022*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*